Matter of Roberts (2025 NY Slip Op 06124)

Matter of Roberts

2025 NY Slip Op 06124

Decided on November 6, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 6, 2025

PM-256-25
[*1]In the Matter of Caroline Elizabeth Wilson Roberts, an Attorney. (Attorney Registration No. 5575170.)

Calendar Date:November 3, 2025

Before:Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ.

Caroline Elizabeth Wilson Roberts, Louisville, Kentucky, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Caroline Elizabeth Wilson Roberts was admitted to practice by this Court in 2018 and lists a business address in Louisville, Kentucky with the Office of Court Administration. Roberts now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Roberts' application.
Upon reading Roberts' affidavit sworn to September 17, 2025 and filed September 29, 2025, and upon reading the October 27, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Roberts is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Caroline Elizabeth Wilson Roberts' application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Caroline Elizabeth Wilson Roberts' name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Caroline Elizabeth Wilson Roberts is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Roberts is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Caroline Elizabeth Wilson Roberts shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.